# STATE OF NEW HAMPSHIRE

**HILLSBOROUGH-NORTH, SS**               **SUPERIOR COURT**

NOTICE OF DECISION

March 9, 2007

Tamara Fisher, Esq.
New Hampshire Public Defender
20 Merrimack Street
Manchester, NH 03101

### State v. Karl Parkhurst

Docket #'s:
06-S-1767; 1768; 1769; 1770

Please be advised that on 3/07/2007 Judge Barry made the following order relative to:

**Court Order ;**
"Defendant having been found guilty on indictments 06-1767 & 68 by jury verdict, bail is revoked. A PSI is ordered. Sentencing to be scheduled."

John M. Safford, Clerk
300 Chestnut Street, Room 127
Manchester, NH 03101-2490
603-669-7410

c: Jennifer L. Sandoval, Esq., ACA
Caroline Brown, Esq.

## STATE OF NEW HAMPSHIRE

**HILLSBOROUGH-NORTH, SS**           **SUPERIOR COURT**

NOTICE OF DECISION

March 9, 2007

Caroline Brown, Esq.
NH Public Defender
20 Merrimack Street
Manchester NH 03101

**State v. Karl Parkhurst**

Docket #'s:
06-S-1767; 1768; 1769; 1770

Please be advised that on 3/07/2007 Judge Barry made the following order relative to:

Court Order ;
"Defendant having been found guilty on indictments 06-1767 & 68 by jury verdict, bail is revoked. A PSI is ordered. Sentencing to be scheduled."

John M. Safford, Clerk
300 Chestnut Street, Room 127
Manchester, NH 03101-2490
603-669-7410

cc: Jennifer L. Sandoval, Esq., ACA
Tamara Fisher, Esq.

AOC Form SUSP050 (Rev. 08/14/2003)

# STATE OF NEW HAMPSHIRE



HILLSBOROUGH-NORTH, SS          SUPERIOR COURT

NOTICE OF DECISION

March 12, 2007

Caroline Brown, Esq.
NH Public Defender
20 Merrimack Street
Manchester NH 03101

**State v. Karl Parkhurst**

Docket #'s:
06-S-1767; 1768; 1769; 1770

Enclosed please find a copy of the Court's Order dated 3/05/2007 relative to:

                     Court Order
                     Court Order

~~AMENDED NOTICE~~

                     John M. Safford, Clerk
                     300 Chestnut Street, Room 127
                     Manchester, NH 03101-2490
                     603-669-7410

cc: Jennifer L. Sandoval, Esq., ACA
    Tamara Fisher, Esq.



.OC Form SUSP050 (Rev. 08/14/2003)

# STATE OF NEW HAMPSHIRE

**HILLSBOROUGH-NORTH, SS**                    **SUPERIOR COURT**

## NOTICE OF DECISION

March 12, 2007

Caroline Brown, Esq.
NH Public Defender
20 Merrimack Street
Manchester NH 03101

### State v. Karl Parkhurst

Docket #'s:
06-S-1767; 1768; 1769; 1770

Please be advised that on 3/07/2007 Judge Barry made the following order relative to:

**Court Order ;**
"Defendant having been found guilty on indictments 06-1767 & 68 by jury verdict, bail is revoked. A PSI is ordered. Sentencing to be scheduled."

**AMENDED NOTICE**

John M. Safford, Clerk
300 Chestnut Street, Room 127
Manchester, NH 03101-2490
603-669-7410

c:  Jennifer L. Sandoval, Esq., ACA
    Tamara Fisher, Esq.
    Probation/Parole