CASE NO.: 97-83299 (Detectives – Juvenile Unit)

VICTIM: Suzette Lawyer (06/02/84)
CRIME: AFSA
DATE OF INCIDENT: 12/16/97
DATE OF REPORT: 07/31/05
DT. CRAIG ROUSSEAU (D37)

-------------------------------------------------

## INTERVIEW WITH SUZETTE LAWYER [SZ]

## DOB: 06/02/84

This interview taken by Detective Craig Rousseau at the Manchester Police Department, 351

Chestnut Street, Manchester, New Hampshire, on Sunday July 31, 2005, commencing at 10:30

a.m.

## INTERROGATORIES BY DETECTIVE CRAIG ROUSSEAU [CR]:

CR:     (Inaudible, sounds like...Aw.) Okay.

SL:     (Inaudible, sounds like...Ah.)

CR:     Umm. Just give me a second. Today's date is July 31st, 2005. This interview is
        in reference to Case No. 97-83299. This is Dt. Craig Rousseau and it's 10:30 in
        the morning – and I'm here with Suzette Lawyer?

SL:     Yes.

CR:     I know you're Suzette Lawyer.

SL:     (Laughing.)

CR:     Ah. Suzette, the only thing I'm going to ask that you do is – ah – a lot of times
        we all have a tendency when we say yes or no and kind of nodding our head and
        shake our head...

SL:     Say yes or no.

CR:     Right. I already explained...

SL:     Uh-hmm.

CR:     ....to you of being taped, so we kind of have to do that. Umm. Suzette, I appreciate you coming here today. Umm. And I know – like I told you on the phone...

SL:     Uh-hmm.

CR:     ....what was it? A few days ago last week or something? I have been looking for you guys...

SL:     Yeah.

CR:     Ah. And I informed you that – ah – I have arrested Karl Parkhurst for – umm ...

SL:     Uh-hmm.

CR:     ....things...

SL:     Uh-hmm.

CR:     ....and I – ah – I researched – umm – Karl and found that you had – ah – reported in '97 that you had been a victim or something by Karl Parkhurst.

SL:     Yeah.

CR:     Okay? Umm. And I guess I need you – I – I know that you spoke with a Detective, I guess it was like almost 8 years ago, I guess. Ah. And I guess I need you to tell me about that – with Karl. Umm. So I guess – why? Ah. What? What was your relationship with – not your relationship, not like that. But how do you know Karl Parkhurst? Let's start with that.

SL:     Ah. My Mom was engaged to him. They were together for about 6 years.

CR:     Okay.

SL:     Umm. Yeah.

CR:     Where? Where did you guys live when you? Was he? Did? Did he live with your mom or with you guys?

SL:     Yeah. He lived with us.

CR:     Okay. Umm. Where did you guys live at during that time?

③

| | |
|---|---|
| SL: | Ah. 328 Cedar St. |
| CR: | Umm. How long do you think Karl lived with you guys? |
| SL: | Ah. 4 or 5 years. |
| CR: | 4 to 5 years? I'm not looking for definites. I'm just looking for (Inaudible)… |
| SL: | Yeah. |
| CR: | ….things. Umm. I guess how old were you when you met Karl when he came to be your mom? Ah. Do you remember? |
| SL: | Ah. I think I was 7 or 8… |
| CR: | Okay. |
| SL: | ….or something like that. |
| CR: | Umm. And. But the whole time that you guys lived together…? |
| SL: | Umm. |
| CR: | ….was always on Cedar St.? |
| SL: | Yeah. |
| CR: | Okay. Ah. Do you remember what apartment it was? |
| SL: | 3rd Fl. |
| CR: | 3rd Fl.? Okay. Your mom seems to think it was 2nd but… |
| SL: | No it was definitely the 3rd Fl. (Laughing.) |
| CR: | Definite 3rd Fl.? |
| SL: | Yes. |
| CR: | Okay. Ah. Again. Not a big deal. Ah. You have – who else would have been in the apartment with you guys at that time? |
| SL: | Me and my Mom, Karl and my three older brothers. |
| CR: | And, what are their names? |

SL:      Ah. Joseph Lawyer...

CR:      Yeah.

SL:      ....ah – Tim Lawyer...

CR:      Yeah.

SL:      .....and Mike Lawyer.

CR:      Okay. And, they're all older than you?

SL:      Yeah.

CR:      Okay. So you – you had a lot of people in the house?

SL:      Yeah.

CR:      Okay. Ah. And your mom and Karl got engaged...?

SL:      Yeah.

CR:      ....and what? He – they're not together anymore obviously. Umm. So I guess
         what led to their breakup?

SL:      Ah. Well. Well. The. Ah. What went on happened for about a year and I fi-
         nally came and told my – I'm pretty sure it was my brother Tim. Ah. Like what
         Karl had been doing and he got upset and told my Mom 'cause I was too uncom-
         fortable to tell her and...

CR:      Okay.

SL:      ....she just – like immediately just got upset and told him it was over and kicked
         him out.

CR:      Okay. Umm. Just in case. Okay? Its not a big deal. Ah. Suzette, I want you to
         understand. These are the only cases that I do.

SL:      Yeah.

CR:      Okay? Ah. And I've been doing them for years.

SL:      Okay.

CR:      Ah. There's a lot of young ladies, like yourself...

⑤

| | |
|---|---|
| SL: | Uh-hmm. |
| CR: | ....a lot of young children – that have actually sat here with me and there is nothing you're going to tell me that isn't something I've heard a hundred times before. |
| SL: | Okay. |
| CR: | Okay. So I don't want you to feel uncomfortable. I don't want you to feel embarrassed. Umm. These things do happen and it happens more than people realize. |
| SL: | Okay. |
| CR: | Okay? So. Umm. Like I said. There's nothing that you're going to tell me that's going to shock me, surprise me, make me think anything bad about you – ah – because these things happen. Okay? |
| SL: | Yeah. |
| CR: | So don't feel uncomfortable. Don't feel bad. I'm going to kind of ask you – umm – some very personal questions... |
| SL: | Uh-hmm. |
| CR: | ....and – you know – we'll – we'll get through this together and it won't be – I'm going to try to make it as – ah – as comfortable as possible and – you know – you're going to be a little embarrassed sometimes. I'll probably be a little embarrassed sometimes... |
| SL: | (Laughing.) |
| CR: | ....but it's not going to be that bad. Okay? Now. You said the – the things that led to the breakup between your mom and Karl were things that had been going on for about a year? |
| SL: | Yeah. |
| CR: | Okay. Umm. I guess what things are we talking about that happened with you and Karl? |
| SL: | Like exactly? |
| CR: | Yeah. |
| SL: | Ah. Ah. He – ha – Its weird. |

CR:     That's okay. That's why we have these.

SL:     Ah.

CR:     Okay?

SL:     For about a year, he did everything but actually had intercourse with me and...

CR:     Okay.

SL:     Ah. He kissed me on the mouth. He – he went down on me.

CR:     Okay.

SL:     He (long pause) tried making me (Inaudible) trying – try...

CR:     Hmm.

SL:     ...making me like put my hands in his pants and...

CR:     Okay.

SL:     ....ah – ah – he put his like hands all over me...

CR:     Okay.

SL:     Ahem. Umm. Yeah. Like on numerous – numerous occasions. I remember one time it was on Thanksgiving...

CR:     (Inaudible)

SL:     ....when there were people in the house – like company...

CR:     Yeah.

SL:     ....and, yeah that's ...

CR:     Okay. Umm. That was good.

SL:     Okay.

CR:     Okay. Not hard.., not easy to say but it was good.

SL:     Uh-hmm.

CR:     Okay? Umm.

⑦

| | |
|---|---|
| SL: | (Sounds like sniffling.) |
| CR: | Now, I'm going to kind of ask you... |
| SL: | (Sounds like sniffling.) |
| CR: | ....ah – some details about some of the things that you've told me.  Okay? |
| SL: | Ahem. |
| CR: | And.  Umm.  So these things that went on happened for about a year.  Okay.  How old do you think you were when it started? |
| SL: | Ah.  About 11.  Ah... |
| CR: | Around 11? |
| SL: | ....I'm pretty sure it was 11. |
| CR: | Okay.  Umm.  You said that – ah – there was some kissing... |
| SL: | Uh-hmm. |
| CR: | ....okay.  Now.  Obviously there's different types of kisses. |
| SL: | Yeah. |
| CR: | Okay.  Umm. |
| SL: | Umm. |
| CR: | What kind of kissing are we talking about? |
| SL: | Ah.  He like would try to peck me on the lips and I tried like move my head away and... |
| CR: | Yeah. |
| SL: | ....but – ah – I'm pretty sure he tried sticking his tongue in my mouth. |
| CR: | Okay.  Pretty sure? |
| SL: | Yeah. |
| CR: | Okay. |

⑧

| | |
|---|---|
| SL: | Almost got it too. |
| CR: | (Long pause.) He didn't do that or he tried? |
| SL: | He tried. |
| CR: | Okay. |
| SL: | (Long pause.) (Sounds like sniffling.) |
| CR: | How many times do you think that that happened? |
| SL: | For awhile. A lot. Ah. |
| CR: | A lot? |
| SL: | Umm. (Long pause.) About probably like 30 times. |
| CR: | About 30 times? Okay. I'm just asking, looking for a ballpark or maybe how many times a week that maybe happened or do you (Inaudible) – if you think 30 times is a better way to describe it... |
| SL: | Yeah. |
| CR: | ....or however – however you think is best to describe it. Okay? I'm not going to try to put words in your mouth. I just want – you to ballpark it for me. |
| SL: | Yeah. |
| CR: | Okay? |
| SL: | Well, like I used to give my Mom – like before I went to bed I give my Mom a hug... |
| CR: | Yeah. |
| SL: | ....and Karl a hug before I went to bed and every time I give both of 'em a hug he'd try to kiss me on the lips. |
| CR: | Uh-hmm. Ahem. And that made you feel uncomfortable obviously. |
| SL: | Yeah. |
| CR: | Okay. (Long pause.) Now, you said that there were times when he would go down on you. |

⑨

SL:    Yeah.

CR:    Okay. And I know that that was a big part of your original report.

SL:    Uh-hmm.

CR:    Umm. It – and you and I probably understand what going down on you means.

SL:    Yeah.

CR:    Okay? Umm. But I guess I have to make sure that we are on the same page.

SL:    Yeah.

CR:    Okay. So I guess. What are we talking about when – ah – when a guy goes down on a girl?

SL:    Ah. He licked my vagina. (Laughing.)

CR:    Okay. And we got to – you know – we have to kind of use those words some-times.

SL:    Yeah.

CR:    Okay. Umm. But once you say it once it's okay. You know? You don't have to…

SL:    Yeah.

CR:    ….it's just gettin' that first one out of there. Ah. How often do you think that happened?

SL:    Probably about 20 to 30 times.

CR:    Okay. And these were all again at the Cedar St. apartment?

SL:    Yeah.

CR:    Okay. Ha. And was this also during the time when you were about 11?

SL:    Yeah.

CR:    Okay. If – if I say anything wrong, please correct me…

SL:    Okay.

CR:     ....ah. Okay? I'm – I'm not going to get offended if you tell me that I'm wrong.

SL:     Okay.

CR:     (Inaudible). Okay? Ah. Where would this happen at? I guess. (Inaudible) like usually...

SL:     Ah.

CR:     ....how did this happen? That he would be able to do this...

SL:     Ah. Usually like I'd be sitting – like in the living room on the couch...

CR:     Uh-hmm.

SL:     ....and it would always happen like I – I don't remember if like my – I'm sure my Mom was out a couple times but most of the time it would happen like if I was home by myself with Karl...

CR:     Uh-hmm.

SL:     ....and like my brothers were at a friend's house. But like most of the time it took place in the living room. Like. I'd be watching TV, sitting in the living room and he would just like approach me.

CR:     Okay. Umm. The – ah – 20 or 30 times is a pretty good amount of times.

SL:     Yeah.

CR:     Umm. Did he ever talk to you about doing this or how did? How would it happen? I guess.

SL:     Ah. He would – he took – he just came like up to me and he just start touching me.

CR:     Okay. Would – would – would he – ah – take your pants off or would he ask you to take your pants off?

SL:     He would take 'em off me.

CR:     Okay. Did you ever say anything to him...?

SL:     (Inaudible, sounds like...Umm.)

CR:     ....like no or – you know – why are you doing this or anything like that?



SL:     Yes.

CR:     What did you say to him?

SL:     I said – ah – ah – my Mom's gonna be mad.  (Laughing.)

CR:     Yeah?

SL:     I said – ah – I'm only a little girl…

CR:     Yeah.

SL:     Said – umm – I'm too young to do any of this stuff.  (Laughing.)

CR:     Yeah.  Okay.

SL:     I don't want to do any of this.  I don't want you to do anything to me.

CR:     Right.  Well.  Well.  What would he say?

SL:     He – ah – ah – he'd say – ah – nobody has to know or oh, you'll enjoy it or…

CR:     Okay.  (Long pause.)  Umm.  Now, you say a couple times you thought your mom was home at the time?

SL:     Yeah.

CR:     (Inaudible) was she (Inaudible, sounds like…ever there)…?

SL:     Ah…

CR:     ….umm – (Inaudible)?

SL:     ….I know for a fact one time my Mom was home because it was – umm – like I said  on Thanksgiving…

CR:     Uh-hmm.

SL:     ….and – ah – I – I don't remember how I ended up in my Mom's room but…

CR:     Uh-hmm.

SL:     ….it took place in my Mom's bed.  Ah.  And my Mom was out in the kitchen with – like -- with guests that were there for like family and…

⑫

CR:     Okay.

SL:     ....friends.

CR:     So, this happened – ah – on Thanksgiving in your mom's room?

SL:     Yes.

CR:     Okay. Umm. Did it ever happen in -- in your room?

SL:     Yes.

CR:     Okay. What – ah -- was – do you remember the circumstances around that or...?

SL:     Ah. I was...

CR:     ....you know?

SL:     ....in bed.

CR:     Okay. So it had – was it, I assume it was it nighttime or...?

SL:     Yes.

CR:     Okay.

SL:     It was.

CR:     Were you asleep?

SL:     Yeah. Sometimes I wouldn't be sleeping yet but most of the time I'd be sleeping.

CR:     So he would come into your room at night?

SL:     Yeah.

CR:     Okay. (Long pause.) Now you said – ah – most of the time it happened in the
        living room...

SL:     Yeah.

CR:     ....umm – and, how? Now you said it probably happened about 20 or 30 times I
        think...?

SL:     Uh-hmm.

⑬

CR:     ....if I'm correct, right?

SL:     Yeah.

CR:     Umm. So, tell me – if you could I guess like ballpark...

SL:     (Inaudible)...?

CR:     ....like – you know – like...

SL:     ....(Inaudible)?

CR:     ....yeah. Like a percentage type thing or...

SL:     Ah. I'd say like – umm – in the living room...

CR:     Uh-hmm.

SL:     ....it was probably about three quarters of the time...

CR:     Yeah.

SL:     ....and – ah – I'd split the other quarter like – actually, no. I'd say most like the last quarter was in my room.

CR:     Okay.

SL:     And like maybe once or twice was in my Mom's bedroom.

CR:     Okay. That would be like odd thing?

SL:     Yeah.

CR:     But usually it was either in the living room or your bedroom?

SL:     Yes.

CR:     Okay. Umm. Well, I guess. Ah. Ah. When he would come into your bedroom, was like your mom sleeping or...?

SL:     Yes.

CR:     Yeah? She was usually home...?

SL:     She was...



CR:     ....during most...?

SL:     ....usually already sleeping.

CR:     Okay. Would you remember like at approximately – like what time of night you think he would come in or...?

SL:     I don't know.

CR:     Okay. And – and if I do ask you but you don't know, please say that.

SL:     Okay.

CR:     Okay? I don't want you to try to search for an answer. If you don't know, it's okay to say you don't know. (Long pause.) And. Umm. (Long pause.) So he would actually – when you say – you said that – umm – he would lick your vagina. He was actually putting his tongue on your vagina?

SL:     Yes.

CR:     Okay. Ah. And this was under clothing?

SL:     (Indicating.)

CR:     Okay. Umm. Ah. You said there are also times when he would take your hand and put it in his pants.

SL:     Yeah.

CR:     Okay. Umm. How many times do you think that happened?

SL:     Ah. About 10, 15.

CR:     Okay. Umm.

SL:     I remember one time he offered me money...

CR:     Okay.

SL:     ....if I would like let him have – he said to let him have his way with me without me arguing or anything...

CR:     Okay.

SL:     ....for – ah – like a few minutes...



CR:     Okay.

SL:     ....and I said no and locked my room and shut my door.

CR:     Okay. You remember how much he offered you?

SL:     I don't remember. I think like maybe $40.00.

CR:     Yeah? Okay. (Long pause.) Umm. The times when he would try to put his hand, would he try to or he would?

SL:     He would put my hands...

CR:     Okay.

SL:     ....and I pull my hands back like I try to pull my hands back out.

CR:     Okay. Was this – umm – down his pants, was this – umm – in between his pants and his underwear or underneath his underwear too?

SL:     He'd put it underneath his underwear.

CR:     Okay. Was there any – ever any time you actually touched his penis?

SL:     Yes.

CR:     Okay. Was that like...?

SL:     Umm.

CR:     .....all those times or some of those times or...?

SL:     Probably like twice I did it.

CR:     Okay. So he would basically put your hands in there, trying to get you to touch his penis?

SL:     Yes.

CR:     Okay. And you just yank 'em out?

SL:     Yeah.

CR:     Okay. Do you remember – umm – the times he did do that – umm – do you re-member if – ah – he had a hard-on, he was erect or do you – were you able to tell or anything?



SL:    Ah. I don't think so.

CR:    Okay. (Long pause.) Okay. Umm. There were – when we began talking, you said that he made you do just about everything – umm – except intercourse...

SL:    Yeah. And I never did anything to him.

CR:    Okay. You never – ah – performed oral sex on him?

SL:    No.

CR:    Okay. Umm. Never masturbated him or anything...?

SL:    No.

CR:    ....like that? Okay. Ah. I guess – is – what else occurred between and did he ever – ah – touch your vagina with anything else?

SL:    No.

CR:    Okay. Not his hands or...?

SL:    Oh. Ah. Yes. His hands...

CR:    Okay.

SL:    ....I'm sorry.

CR:    (Long pause.) Umm. How many times do you think that happened?

SL:    Ah. Every time.

CR:    Every time.

SL:    Yeah.

CR:    Okay. (Long pause.) Ah. Would he put it – put his fingers in your vagina?

SL:    Yes.

CR:    Okay. So there – there was penetration? It wasn't just on top?

SL:    Ah. Yeah. Umm.

CR:    Okay. (Long pause.) So we're talking like 20 or 30 times as well?

SL:     Yeah.

CR:     Okay. Umm. Was there – ah – ever any other part of your body that he touched?

SL:     Ooh. Ah. He touched my breasts. He...

CR:     Okay.

SL:     ....my stomach, my butt...

CR:     Okay. When he would touch your breasts, would it be over or under clothing?

SL:     Under...

CR:     Okay.

SL:     ....and over.

CR:     Okay. (Long pause.) Umm. With his hands or other parts of his body?

SL:     His hands.

CR:     Okay. Did he ever – umm...?

SL:     And his mouth.

CR:     Okay. On your breasts?

SL:     Yeah.

CR:     Okay. Umm. Is this also something that would happen every time or was this...?

SL:     Ah. Not every time but I'd say probably like three quarters of the time.

CR:     Okay. (Long pause.) Umm. You said he would touch your butt?

SL:     Yeah.

CR:     Okay. And please forgive me for asking this. But when you're talking about your butt, just your butt...?

SL:     Just my butt.

CR:     Okay. (Inaudible)...?

SL:     Not like...

CR:     ....not your anus or...?

SL:     ....no...

CR:     Okay. Ah. Hands or mouth too?

SL:     Hands.

CR:     Okay. Over or under clothing?

SL:     Over and under.

CR:     Okay. Umm. Again would – ah – how many times? Ballpark?

SL:     Ah. I'd say about half of the time.

CR:     Okay. And now when we're talking about three quarters of the time – half the time, are we still working off that – umm...?

SL:     20 to 30.

CR:     ....that 20 to 30?

SL:     Yeah.

CR:     Okay. Umm. So I guess that would like touching your breasts three quarters would be like 15 to 20 or something...?

SL:     Yeah.

CR:     ....like that. Okay. I just want to make sure we're on the same page so.

SL:     Uh-hmm.

CR:     Umm. So Karl would tell you – umm – that you'll like it, no one has to know? Did he ever – ah – threaten you or anything?

SL:     No.

CR:     Okay. So who are the first person you told about this?

SL:     My brother Tim.

CR:     Okay. Do you remember how old you were when you told brother?

⑲

SL:      Ah. I'm pretty sure I was – I was either 11 or 12.

CR:      Okay. Umm. Now, who is Debbie?

SL:      Debbie is my cousin.

CR:      Okay. (Long pause.) Now. And, did you also tell her about this?

SL:      Yes.

CR:      Okay. How old is? Is she older than you?

SL:      Yeah. She's 29.

CR:      She's 29?

SL:      Yeah.

CR:      So she – how old was she when you told her? Probably – like this was...

SL:      Probably like 20...

CR:      20?

SL:      ...between 20 and 22.

CR:      Okay. But you told Tim before you told Debbie?

SL:      Yeah. I think so. Yeah.

CR:      Okay. So, what happened after you told Tim and Deb?

SL:      My brother Tim told me that he was gonna tell my mother...

CR:      Yeah.

SL:      ....'cause I told him I was scared to tell her and...

CR:      Yeah.

SL:      ....scared of her reaction and he was like really mad and – ah – said that he was going to tell my Mom because he didn't – my brothers didn't get along with Karl most of the time...

CR:      Yeah.



SL:        ....and – ah – he said that he wanted to tell her so she would leave him.

CR:        Okay.

SL:        And he ended up telling my Mom.

CR:        Okay. Did Deb ever tell your mom? 'Cause your mom seems to think it was Debbie who told her first.

SL:        No. It was my brother Tim.

CR:        Okay.

SL:        I'm pretty sure my cousin talked to her about it.

CR:        Right. Ah. Karl was in here last week – ah – last weekend because of issues that happened – umm – and before he – he just showed up in the lobby 'cause he knew he was in trouble. So. Before I had a chance to talk with – ah – the victim of this other problem. But when I – I quickly looked on the computer I found this case...

SL:        Yeah.

CR:        ....so while he was in here, I kind of asked him about it a little bit. And he made mention that he thought or actually saw one of your brothers sexually assaulting you.

SL:        (Long pause.) No.

CR:        Okay. So there's never been an issue...?

SL:        No.

CR:        ....with your brothers doing anything to you?

SL:        No.

CR:        Has anybody else ever – umm – done anything to you like that?

SL:        No.

CR:        Okay. So nobody else has ever sexually assaulted you?

SL:        I've been well, I was raped like after that.

CR:        Okay.

SL:     I was raped about two years ago.

CR:     Okay. But there was never an issue with your brothers?

SL:     No.

CR:     Okay. (Long pause.) I don't need to know about your other.

SL:     Okay.

CR:     Ah. Umm. Well, I guess – umm – well, the person that did that to you a couple years ago, was that person arrested?

SL:     No.

CR:     No? How come?

SL:     Umm. I didn't know their real names. Like I'd just met them that night.

CR:     Okay.

SL:     And when I made the report, like we had no way of finding out their names and I was like really uncomfortable with the whole situation. And I never really talked to Detective more than the first time.

CR:     Okay. So you weren't – ah – able to identify...?

SL:     No.

CR:     Okay. (Long pause.) Umm. (Long pause.) And – ah – ah – you got the message that I wanted to talk to you from Tim, right? 'Cause I left a card at his house?

SL:     My brother – my brother Joe and Tim live together.

CR:     You did?

SL:     ....(Inaudible).

CR:     Okay. Ah. So if – ah – if you told your brother Tim as far as (Inaudible) talk to him, is he going to be alright...?

SL:     Ah....

CR:     ....him talking to me?

SL:         ....Yeah. I'm sure he will.

CR:         Oh? Ah. And I'll probably want to talk to Deb. Your mom actually gave me Deb's number.

SL:         Yeah.

CR:         Umm. Do you have Tim's number?

SL:         Yes. I do.

CR:         What is it?

SL:         It's his cell phone. Ah. 247...

CR:         Yeah.

SL:         ....4831.

CR:         Okay. Umm. Let me just think. Was there anything else I wanted to ask you? I know there is and I just can't think of it. Ah. Is there anything else maybe you want to tell me about that happened to you and Karl that I didn't – I'm just not asking the right question or...?

SL:         Umm. I don't think so. I do – with the whole thing with my brother – him saying that – ah – he's seen my brother or whatever...

CR:         Umm.

SL:         ....do something to me – ah – I remember like – like maybe twice, three times that I'd be scared in the middle of the night and my brother Tim and Joe shared a room. I'd go and sleep on the floor – like 'cause I was scared...

CR:         Okay.

SL:         .....and he used to like yell at my brothers in the morning and say why is your sister sleeping in your bedroom and you're allowing it. But...

CR:         Okay. Alright. Well, that's not a big...

SL:         Yeah.

CR:         ....deal. Ah. You – probably sleeping there 'cause you're scared of Karl was going to come in.

SL:         Yeah.



CR:    Ah. (Long pause.) But it's nothing. Umm. You and your brothers have a good relationship now?

SL:    Yeah.

CR:    Yeah? Okay.

SL:    Ahem.

CR:    Umm. I know there's something I wanted to ask you and I lost my train of thought here. Ah. (Long pause.) What would you say – umm – Karl's favorite thing to do was?

SL:    Ah. Ah. Going down on me.

CR:    Okay. Umm. And I – the only reason I'm asking you is that seems to be the big thing with Karl...

SL:    Umm.

CR:    ....because it was a big thing with – umm – this other victim.

SL:    Okay.

CR:    Umm. So performing oral sex was his biggest thing?

SL:    Yeah.

CR:    Okay. Umm. (Long pause.) Now, when this – when you told – ah – Tim – this is what I wanted to ask you, Tim and Debbie and your mom kicked him out – umm – that wasn't when you guys made the report, I don't think, right?

SL:    Umm. No. It was just...

CR:    You guys waited awhile, I think...?

SL:    ....I was (Inaudible)...

CR:    ....right?

SL:    ....I was thinking we probably waited like – I don't know how long I waited but we didn't go right away.

CR:    Okay. How come?



SL:     I was scared. I was...

CR:     Okay.

SL:     ....scared to make a report and...

CR:     Okay.

SL:     ....have to be uncomfortable and tell other people...

CR:     Right.

SL:     ....that I didn't know.

CR:     (Long pause.) And that's pretty normal.

SL:     Yeah.

CR:     I mean. You were like 11, 12, I think at the time, right?

SL:     Yeah.

CR:     Let me see. You were – (whistling) actually you were 13 when you made the re-
        port.

SL:     Really.

CR:     Ah. Yeah.

SL:     Umm.

CR:     But it's certainly normal that you would be uncomfortable. Were you uncomfort-
        able the first time when you were in here?

SL:     Yes. I definitely was.

CR:     Okay.

SL:     (Long pause.) And I felt like the Detective that I talked to when I made the first
        report. Like I felt that he didn't believe me. That's why I never...

CR:     Okay.

SL:     ....went any further than that one.

CR:    Okay. Because it seems like you're giving me more information than what you gave him.

SL:    Okay.

CR:    Is that the reason...?

SL:    It's probably 'cause I was younger at the time and...

CR:    Okay.

SL:    ....harder for me to say.

CR:    Okay. And like I said that's very normal.

SL:    Right.

CR:    Ah. And, why – after – why did you – after waiting why did you come forward then?

SL:    Why did? Ah. Because I wanted him – I didn't want him to end up doing it to somebody else and...

CR:    Okay.

SL:    I wanted him to pay for what he did.

CR:    Was there a reason for you to worry that he was going to do it to somebody else?

SL:    Because him and my Mom were breaking up and there's probably other girls he'd be in contact with.

CR:    Okay. Did you know that he got – ah – together with another woman or got married or something?

SL:    Yeah. I knew – I heard that he got married like a year or two after him and my Mom separated and that she died and he got custody of her daughter.

CR:    Uh-huh.

SL:    But I didn't know like – but that's basically all I know. Ha.

CR:    Okay. Umm. (Long pause.) So. This started when you were 11...

SL:    Uh-hmm.



CR:     ....how long do you think it went on for?

SL:     About a year.

CR:     About a year? (Long pause.) Okay. Umm. But he had obviously been in the house for like 3 or 4 years before that?

SL:     Yeah.

CR:     Okay. And nothing ever happened before that?

SL:     I don't think so. No.

CR:     Any particular reason why you think it started at 11 or...?

SL:     I – maybe because I was getting a little bit older.

CR:     Okay.

SL:     I don't know.

CR:     Okay. Is there anything else...?

## [END OF TAPE / SIDE A.]

## INTERROGATORIES BY DETECTIVE CRAIG ROUSSEAU [CG]:

CR:     ....get mad at myself (Inaudible)...

SL:     No.

CR:     ....because I didn't ask something I wanted to.

SL:     No its been like, maybe – ah – 8 years.

CR:     Yeah?

SL:     So. That's...

CR:     (Inaudible)...

SL:     ....hard to remember...



SL: Okay.

CR: Umm. What I'm going to do with yours is after I speak with Tim – after I speak with Debbie – ah – I'm going to bring this across the street to the County Attorneys Office. Okay?

SL: Uh-hmm.

CR: And get him – ah – basically indicted on this one – umm – 'cause no sense in giving him a warrant for it 'cause he's already in jail.

SL: Right.

CR: So. Ah. Umm. I will – what – what I'll do is I'll talk it over with the County Attorney and see what they want me to do.

SL: Ah.

CR: If they want me to do the warrant, I'll do the warrant.

SL: Okay.

CR: Umm. If they want me just to file with them and have him indicted by the Grand Jury, we'll do it that way. Okay.

SL: What does indicted mean.

CR: Basically anytime somebody's arrested for a felony...

SL: Uh-hmm.

CR: ....whether it's they get arrested right away or they get – ah – sent over there is – ah – they bring the case before a Grand Jury, which is like – ah – I don't know how many but like 10 or 15 people, every day citizens.

SL: Right.

CR: ....you know? And we present to them all the felony cases and they basically vote on whether they think there's enough reason for the guy to stand trial. Okay?

SL: Hmm.

CR: Umm. Which in this case obviously there is. Okay?

SL: (Inaudible).

  

CR:     (Inaudible)...

SL:     ....(Inaudible) remember...

CR:     ....(Inaudible) and I understand that. And this was a long time coming – umm – for you.

SL:     Yeah.

CR:     So I hope – ah – you know – we can put some closure to this for you...

SL:     Yeah.

CR:     ....and – and what's going to happen from here is basically – ah – umm...

SL:     Am I going to have to go to court?

CR:     Are you going to have to go to court? There is a possibility. I mean. Certainly...

SL:     Yeah.

CR:     .....anytime anybody's accused of anything they have the right to have a trial...

SL:     Right.

CR:     ....okay? So there is a possibility that may happen.

SL:     Okay.

CR:     Okay? I'm not going to sit here and tell you yeah, don't worry, you'll...

SL:     Umm.

CR:     ....never have to go to court because...

SL:     Right.

CR:     ....I don't know that. The – you know – a lot of times cases don't go to court. Umm. (Inaudible) this issue and then we're going to put this other issue on...

SL:     (Sounds like sneezing.)

CR:     ....top of that and...

SL:     So will I find out what happened?



CR:     So they would (Inaudible) him and basically they would set up his – start setting up the court appearances for him.

SL:     Umm.

CR:     Ah.  You do not have to go to all these court appearances.

SL:     Okay.

CR:     Okay?  Ah.  And then they'll set trial date.

SL:     Okay.

CR:     Okay?  Now this is not something that's going to get taken care of tomorrow, next month or...

SL:     Right.

CR:     ....Umm.  Sometimes these things take a lot of work through the court system because his lawyer will be going back with the County Attorneys Office to try to work out some type of plea so there isn't a trial so that – you don't have to show up.

SL:     Okay.

CR:     Okay?  Umm.  Now, probably the first person that's going to call you from the County Attorneys Office is – umm – somebody from the Victim Advocates Office...

SL:     Oh.

CR:     ....just basically saying "Hello" to you, seeing if there's anything you need, anything they can do for you...

SL:     Right.

CR:     ....basically introducing you to everybody.

SL:     Uh-hmm.

CR:     Ah.  And then they'll start a process in getting you ready in case there's a trial.

SL:     Okay.

CR:     Okay?  They'll want to meet with you.  Ah.  And.  Umm.  And any deal that they make with Karl, they're going to talk to you about first.

SL:     Okay.

CR:     Okay? And they'll probably talk with me about. Okay? But they're not going to give him some silly deal with him and not tell you...

SL:     Right.

CR:     ....Okay? They're going to talk to you, see how you feel about it...

SL:     Okay.

CR:     ....and – ah – they're not going to do anything without telling you first.

SL:     Okay.

CR:     Ah. Okay? And. And. Ah. But anyway. They're going to get in touch with you and bring you along through the whole process.

SL:     Uh-huh.

CR:     Ah. And like I say. He'll – he'll have his trial date just like he will for this one and they may group 'em together. They may do 'em separately – umm – there is a whole host of things they can do. Okay? So. Umm.

SL:     Is there any way – anyway I can ask how old the girl was?

CR:     Umm. Yeah. I don't think – I don't think that would be a problem. I think things start hap – ah – started happening – umm – with that girl anywhere between the ages...

SL:     Umm.

CR:     ....of 13 and 15.

SL:     Okay.

CR:     So. Ah. That's right in the same ballpark.

SL:     Yeah.

CR:     Yeah. So. And again it – ah – a lot – there's a lot of similarities too.

SL:     Uh-hmm.

CR:     And things that...



SL:     (Inaudible)?

CR:     ....Karl liked to do.

SL:     Yeah.

CR:     Yeah. Umm. Like I said. I – I – I – his big thing is obviously performing oral
        sex on the girls...

SL:     Uh-hmm. Yeah.

CR:     ....and that's obvious in your case and in the other case. So. Umm. But I think –
        ah – my guess is they could probably put together a – a plea before trial but that's
        not my decision. So I kind of don't want to sit here and promise you that there's
        not going to be a trial or you won't have to go to court...

SL:     Right.

CR:     .... 'cause you might have to.

SL:     Okay.

CR:     Okay? And if you want this guy to pay for what he's done, then you'll go and tell
        'em what happened.

SL:     Yeah.

CR:     Okay? But that's why we like to tape these things so that I can give a copy of the
        tape to the County Attorneys' Office.

SL:     Right.

CR:     And his defense attorney will get a copy of the – the tape.

SL:     Yeah.

CR:     Okay? So that no one has to sit here in the room with you and ask...

SL:     Ah.

CR:     ....you these personal questions again.

SL:     Okay.

CR:     Okay? And the only way you'd have to go through that again is if there's a trial.

(32)

SL:        Right.

CR:        Okay?  So.  But they'll – they'll prepare you for that.

SL:        Alright.

CR:        Okay?  So it'll be – by the time – if it ever comes to that, you'll be so ready to do it.  It'll be like...

SL:        Umm.

CR:        ....nothing

SL:        Yeah.

CR:        Okay?

SL:        Yeah.

CR:        I'm going to give you my card and if you feel you want to call me anytime, if you have any questions or there's something...

SL:        That I remember. (Laughing.)

                        [Sounds like they're talking as they're exiting the interview room.]

CR:        ....that you remember or something that you want to talk about.  (Long pause.) Okay?

SL:        (Inaudible, sounds like...Okay.)

CR:        (Inaudible, speaking out of the range of the microphone.)


**[END OF TAPE / SIDE B.]**


CGR