# STATE OF NEW HAMPSHIRE

HILLSBOROUGH-NORTH, SS  SUPERIOR COURT

NOTICE OF DECISION

Karl Parkhurst
NHSP-PO Box 14
Concord NH 03302

State v. Karl Parkhurst

Docket #'s:
06-S-1767; 1768; 1769; 1770

Please be advised that on 10/14/2008 Judge Barry, Jr. made the following order relative to:

**Motion for Discovery ; Denied**

10/15/2008

John M. Safford, Clerk
300 Chestnut Street, Room 127
Manchester, NH 03101-2490
603-669-7410

cc: Jennifer L. Sandoval, Esq., ACA
    Tamara Fisher, Esq.
    Caroline Brown, Esq.
    Probation/Parole

THE STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS.                                              SUPERIOR COURT
ST. NO. 06-S-1767-8

THE STATE OF NEW HAMPSHIRE

V.

KARL E. PARKHURST

### STATE'S OBJECTION TO DEFENDANT'S MOTION FOR DISCOVERY

NOW COMES the State of New Hampshire, by and through the Hillsborough County Attorney's Office, and objects to the defendant's Motion for Discovery, and in support thereof says as follows:

1. The defendant was convicted of two counts of Aggravated Felonious Sexual Assault. He was represented at trial by counsel, Tamara Fisher and Caroline Brown.

2. Prior to trial, open file discovery had already been provided to defense counsel, including a DVD of the victim's interview.

3. The defendant now requests another copy of the audio/video tape interview of the victim. The State objects. The State has already provided a copy of the audio/video tape in advance of trial to counsel of record. The State objects to providing another copy to the defendant as the trial has already taken place on this matter. The defendant has provided no basis for which he believes he is entitled to another copy of this interview, post-trial.

WHEREFORE, counsel for the State respectfully requests this Court:

A. Deny the defendant's Motion for Discovery;

B. Grant such other and further relief as may be just.

2

DATED: September 26, 2008          Respectfully submitted,

*[signature]*
Jennifer L. Sandoval, Esquire
Assistant County Attorney
N.H. Bar #13794

I hereby certify that a copy of the within Objection has been forwarded to Karl Parkhurst, this 26th day of September, 2008.

*[signature]*
Jennifer L. Sandoval, Esquire
Assistant County Attorney