UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Karl Parkhurst</u>

    v.                                              Civil No. 09-cv-240-PB

<u>NH State Prison, Warden</u>

**<u>O R D E R</u>**

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.60 is due no later than September 10, 2009.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the NH State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: July 29, 2009

cc:    Karl Parkhurst, *pro se*
        Bonnie S. Reed, Financial Administrator
        NH State Prison, Inmate Accounts