**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Karl Parkhurst


     v.                                 Civil No. 09-cv-240-PB

NH State Prison, Warden


## O R D E R

     Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted. Since this is a habeas corpus petition, not a § 1983 action, no fee was due.  The Clerk of Court is ordered to refund the sum of $10.60 to petitioner.  NH State Prison Inmate Accounts should discontinue deduction of income credited to plaintiff's account.

     **SO ORDERED.**

                                  James R. Muirhead
                                  United States Magistrate Judge

Date: November 3, 2009

cc:  Karl Parkhurst, *pro se*
     Bonnie S. Reed, Financial Administrator
     NH State Prison, Inmate Accounts