UNITED STATES DISTRICT COURT
for the DISTRICT OF NEW HAMPSHIRE


Karl Parkhurst, Petitioner

v.                                                                  No. 1:09-cv-240-PB

Warden, N.H. State Prison, Respondent


PETITIONER'S MOTION FOR EVIDENTIARY DEVELOPMENT ON CLAIM #1

NOW COMES the petitioner, filing pro se and requesting this Honorable Court ORDER evidentiary development on his Claim #1, a multi-part claim of ineffective assistance of trial counsel; in support of this, he states as follows:

1. Included with this pleading is Petitioner's OBJECTION to Respondent's MOTION FOR SUMMARY JUDGMENT ("OBJ"), wherein facts are reiterated that were submitted to the State courts and evidentiary development was not forthcoming.

2. In particular, two levels of evidentiary development are requested. First, pursuant to the facts recited at OBJ ¶17-24, defense counsel concealed (switched) an accurate, un-redacted transcript of the complainant's police interview with an edited one. An accurate one is necessary to confront counsel with the purpose of this switch, and to analyze the effect of the Petitioner's inability to use the accurate one in both preparing a defense and at trial. To that end, Petitioner requests an ORDER that the ORIGINAL videotape of the police interview be impounded by this Court and that an accurate transcript be prepared by a legitimate transcription service at Petitioner's expense. In the meantime, the Petitioner's sister was promised (by co-trial-counsel Caroling Brown) that a copy of the videotape will be sent to her, but that has not occurred.

3. After an accurate transcript is available, Petitioner requests an evidentiary hearing at which defense counsel can explain how their conduct (in

<u>MOTION FOR EVIDENTIARY DEVELOPMENT</u>                                                    Page 2.

each of the ineffective counsel claims) was intended to assist the Petitioner in his defense or was part of a valid strategy.

    WHEREFORE, the petitioner requests this Honorable Court:

        a. ORDER the ORIGINAL videotape of the complainant's police interview be delivered to and held by this Court until arrangements can be made for an accurate transcript to be prepared;

        b. after Petitioner has had an opportunity to review the accurate transcript, ORDER an evidentiary hearing and compel Respondent to produce Petitioner's trial counsel for examination regarding their conduct in the performance of their duty to defend Petitioner, and

        c. GRANT such other and further relief as it deems fair and equitable.

                                            Respectfully submitted,

                                            *Karl Parkhurst*
                                            Karl Parkhurst, <u>pro se</u>

CERTIFICATION OF SERVICE
I hereby certify that a copy of the foregoing MOTION was sent to Elizabeth C. Woodcock, Esq., Office of the N.H. Attorney General, 33 Capitol Street, Concord, NH 03301 on this 11th day of March, 2011.

                                            *Karl Parkhurst*
                                            Karl Parkhurst

                                      *Becky A. Harding* 3/11/11
                                      BECKY A. HARDING, Notary Public
                                      My Commission Expires 2/2/2016